IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

DR. CHRISTIAAN ABILDSO,

    Plaintiff,

v.                                   CIVIL ACTION NO. 1:24-CV-94
                                          (KLEEH)

WEST VIRGINIA UNIVERSITY,

    Defendant.

**ORDER STAYING CASE PENDING RULING ON MOTION TO DISMSS AND VACATING FIRST ORDER AND NOTICE [ECF NO. 7]**

On January 7, 2025, Defendant West Virginia University filed its *Unopposed Motion to Stay Deadlines in First Order and Notice* [ECF No. 7]. For the reasons stated therein, the Court **GRANTS** the motion [ECF No. 7] and:

(1) **STAYS** this proceeding pending a ruling on Defendant's Motion to Dismiss; and

(2) **VACATES** the current First Order and Notice [ECF No. 6].

Following the Court's ruling on the pending motion, the Court will enter an amended First Order and Notice, if necessary.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED:** January 8, 2025

*/s/ Thomas S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA